UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELL DEE TARBELL,<br><br>Defendant. | Case No. 1:04-cr-00252-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is a claim from Karen Shaw for decedent Dwayne Shaw's remaining restitution from *USA v. Ellison, et. al.* For the reasons that follow, the Court will grant Karen Shaw's request.

## BACKGROUND

On December 13, 2005, Defendant Dell D. Tarbell was charged by information with two counts of mail fraud and four counts of wire fraud. On January 3, 2005, Defendant entered a change of plea pursuant to a written plea agreement, pleading guilty to counts one through six of the Information. On March 24, 2005, the Court entered a judgment of conviction, finding the Defendant pleaded guilty to counts one through six of the Information, and sentencing Defendant to a term of imprisonment and supervised release. (Dkt. 13.) In addition, the Court ordered Tarbell to pay restitution in the amount

**MEMORANDUM DECISION AND ORDER - 1**

of $41,510.92, to be divided among the individual victims in proportion to their compensable losses. (Dkt. 2, 15, 16.) Dwayne Shaw was one of the victims, and was owed $460.00 in restitution payments.

The Court is tasked with distributing restitution payments deposited with the Court to the victims. On August 27, 2024, the Clerk was notified that Dwayne Shaw passed away, and Karen Shaw requested that all checks issued from May of 2022 and all future checks be reissued to her. In support of her request, Karen Shaw submitted the following documents: (1) a certified copy of the death certificate for Dwayne Shaw; and, (2) a certified copy of an Independent Executor's Deed regarding the estate of Mabel Ann Shaw, filed in Tarrant County, Texas.

## LEGAL STANDARD

Although money paid to federal courts generally must be deposited with the Treasury, courts are also allowed to deliver funds to their rightful owners. *See* 28 U.S.C. § 2041. Indeed, "[a]ny claimant entitled to any such money may, on petition to the court and upon notice to the United States attorney and full proof of the right thereto, obtain an order directing payment to him." 28 U.S.C. § 2042. However, this means the claimant "bears the burden of affirmatively establishing his entitlement to the funds[.]" *In re Pena*, 974 F.3d 934, 940 (9th Cir. 2020); *see also Hansen v. United States*, 340 F.2d 142, 144 (8th Cir. 1965) ("the burden is upon the claimant to show his right to the fund.").

**MEMORANDUM DECISION AND ORDER  - 2**

# ANALYSIS

Karen Shaw has provided sufficient evidence to show she is entitled to receive Dwayne Shaw's remaining restitution. The death certificate for Dwayne Shaw indicates he passed away on November 21, 2016, as a resident of Texas, and that he was survived by his mother, Mabel Ann Shaw. According to the Independent Executor's Deed, Mabel Ann Shaw passed away on May 30, 2021, and her will was admitted to probate on August 27, 2021. Danielle Shaw was qualified and appointed as Independent Executor of the Will and Estate of Mabel Shaw and received Letters Testamentary from the clerk of Probate Court No. 1 of Tarrant County.

According to Texas succession laws, the estate of Dwayne Shaw passed to his mother upon his death. Tex. Est. Code Ann. § 201.001. Upon Mabel Ann Shaw's death, Karen Shaw was appointed as the Independent Executor of the Will and Estate of Mabel Ann Shaw. This designation entitles Karen Shaw to possession of the estate's property in anticipation for administration. Tex. Est. Code Ann. § 101.003. Accordingly, Karen Shaw, as the executor to Mabel Ann Shaw's estate, is entitled to receive Dwayne Shaw's restitution and distribute it in accordance with his estate plan.

# ORDER

**NOW THEREFORE IT IS HEREBY ORDERED:**

1) Karen Shaw's request for Dwayne Shaw's unclaimed restitution payments from *USA v. Tarbell* is **GRANTED**.

2) The Clerk of the Court shall re-issue all restitution checks from May 2022, and issue future checks, to Karen Shaw to be disposed of in accordance with Dwayne Shaw's estate plan.

DATED: October 21, 2024

_____
B. Lynn Winmill
U.S. District Court Judge